**2017–0115. State v. Bonnell.**
Cuyahoga C.P. No. CR–87–223820–ZA. This cause is pending before the court as an appeal from the Court of Common Pleas of Cuyahoga County.

Upon consideration of appellant's motion for an extension of time to file the record, it is ordered by

1414

the court that the motion is granted. The time for the Clerk of the Cuyahoga County Court of Common Pleas to transmit the record is hereby extended to March 20, 2017.